**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter __**11**__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **152 Broadway Haverstraw NY LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **26-3177039** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** |

**Principal place of business**

**159 Broadway
Haverstraw, NY 10927**
Number, Street, City, State & ZIP Code

**Rockland**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| Debtor | **152 Broadway Haverstraw NY LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
_____32_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When | Case number, if known | _____ |

| Debtor | **152 Broadway Haverstraw NY LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**

_____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**   .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **152 Broadway Haverstraw NY LLC**                                   Case number (*if known*) _____
Name

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 19, 2019**
              MM / DD / YYYY

X   **/s/ Blue Beverage Group Inc, by Joseph Goldberger**                     **Blue Beverage Group Inc, by Joseph Goldberger**
    Signature of authorized representative of debtor                           Printed name

Title   **Debtor's Sole Member**

**18. Signature of attorney**

X   **/s/ Mark Frankel**                                     Date   **April 19, 2019**
    Signature of attorney for debtor                                MM / DD / YYYY

**Mark Frankel**
Printed name

**Backenroth Frankel & Krinsky, LLP**
Firm name

**800 Thrid Avenue
New York, NY 10022**
Number, Street, City, State & ZIP Code

Contact phone   **(212) 593-1100**      Email address   _____

**1989 NY**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **152 Broadway Haverstraw NY LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | **Declaration and signature** |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 19, 2019**    X **/s/ Blue Beverage Group Inc, by Joseph Goldberger**
Signature of individual signing on behalf of debtor

**Blue Beverage Group Inc, by Joseph Goldberger**
Printed name

**Debtor's Sole Member**
Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **152 Broadway Haverstraw NY LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF NEW YORK** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim amount. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Alan Feinsilber, CPA 11 Deerhill Ln Scarsdale, NY 10583 | | | | | | $41,767.00 |
| Barry R. Feerst and Assoc 194 S 8Th St Brooklyn, NY 11211 | | | | | | $58,000.00 |
| Be'er Yitzchak c/o Sender Fleischmann 119 Rutledge St Brooklyn, NY 11211 | | | | | | $50,000.00 |
| Broadway Equity Holding c/o Robinson Brog et al. 875 3rd Ave New York, NY 10022 | | Warehouse and office buildings at 152 Broadway, Haverstraw, NY | Unliquidated Disputed | $6,000,000.00 | $11,000,000.00 | $520,858.00 |
| Carlo Minuto Carting Company 20 Snake Hill Rd, West Nyack, NY 10994 | | | Disputed | | | $35,239.00 |
| Corner Hardware 2266 Nostrand Ave Brooklyn, NY 11210 | | | | | | $170,000.00 |
| Del Forte USA c/o Goetz Fitzpatrick One Penn Plaza Suite 3100 New York, NY 10019 | | | Disputed | | | $500,000.00 |
| European Builders 119 Lorimer St Brooklyn, NY 11206 | | | | | | $450,000.00 |
| Gottliebs Insurance 66 Route 59 200 Monsey, NY 10952 | | | | | | $161,950.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **152 Broadway Haverstraw NY LLC**                              Case number *(if known)* _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Jacob Gross 6 Juliana Place Brooklyn, NY 11249** | | | | | | **$180,000.00** |
| **Jeno Gutman 479 Bedford Ave Brooklyn, NY 11211** | | | | | | **$4,370,097.00** |
| **Joint Regional Sewage Board 20 Ecology Rd West Haverstraw, NY 10993** | | | **Disputed** | | | **$233,941.00** |
| **Jonothan Steiff, CPA 6 Melnick Dr. Monsey, NY 10952** | | | | | | **$43,550.00** |
| **Kevin McBride 741 Honey Farm Rd Lititz, PA 17543** | | | **Unliquidated** | | | **$142,974.00** |
| **MFT 1667 Bedford Ave Brooklyn, NY 11211** | | | | | | **$1,765,500.00** |
| **Moshe Follman c/o Leeds Brown Law P.C. One Old Country Rd Carle Place, NY 11514** | | | **Disputed** | | | **$100,310.00** |
| **Ryvkie Goldberger 479 Bedford Ave Brooklyn, NY 11219** | | | | | | **$6,098,000.00** |
| **Thruway Consulting LLC 7 Patricia Ln, Spring Valley, NY 10977** | | | | | | **$55,300.00** |
| **Toby Weinberger 669 Bedford Ave Brooklyn, NY 11211** | | | | | | **$1,615,950.00** |
| **United Water aka Suez Water 461 From Road Paramus, NJ 07652** | | | **Disputed** | | | **$51,274.00** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **152 Broadway Haverstraw NY LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*....................................................................................... $    **11,000,000.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................... $    **269.00**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*...................................................................................... $    **11,000,269.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $    **11,520,858.00**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................... $    **35,197.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................ +$    **16,336,912.00**

4.  **Total liabilities** ....................................................................................................
   Lines 2 + 3a + 3b                                                                  $    **27,892,967.00**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **152 Broadway Haverstraw NY LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property        12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Provident Bank** | **Checking** | **2537** | **$269.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** | | $269.00 |
|---|---|
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **152 Broadway Haverstraw NY LLC**_____    Case number *(If known)* _____
　　　　　　Name

---

| Part 5: | Inventory, excluding agriculture assets |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

　■ No.  Go to Part 6.
　☐ Yes Fill in the information below.

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

　■ No.  Go to Part 7.
　☐ Yes Fill in the information below.

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

　■ No.  Go to Part 8.
　☐ Yes Fill in the information below.

---

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

　■ No.  Go to Part 9.
　☐ Yes Fill in the information below.

---

| Part 9: | Real property |

**54. Does the debtor own or lease any real property?**

　☐ No.  Go to Part 10.
　■ Yes Fill in the information below.

**55.　　Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Warehouse and office buildings at 152 Broadway, Haverstraw, NY** | **Fee simple** | **$6,600,000.00** | **Appraisal** | **$11,000,000.00** |

**56.　　Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| **$11,000,000.00** |

**57.　　Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

**58.　　Has any of the property listed in Part 9 been appraised by a professional within the last year?**

---

Official Form 206A/B　　　　Schedule A/B Assets - Real and Personal Property　　　　page 2

Debtor      **152 Broadway Haverstraw NY LLC**                          Case number *(If known)* _____
                Name

■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

**Current value of debtor's interest**

71.     **Notes receivable**
        Description (include name of obligor)

72.     **Tax refunds and unused net operating losses (NOLs)**
        Description (for example, federal, state, local)

73.     **Interests in insurance policies or annuities**

74.     **Causes of action against third parties (whether or not a lawsuit has been filed)**

        **Claim against Broadway Equity Holding**                                                    **Unknown**
        Nature of claim
        Amount requested                         **$5,000,000.00**

75.     **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.     **Trusts, equitable or future interests in property**

77.     **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.     **Total of Part 11.**                                                                        **$0.00**

        Add lines 71 through 77. Copy the total to line 90.

79.     **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **152 Broadway Haverstraw NY LLC**    Case number *(If known)* _____
Name

---

<span style="background-color:black; color:white">Part 12:</span>    **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $269.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .......................................................................> | | $11,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $269.00 | + 91b. $11,000,000.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $11,000,269.00 |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **152 Broadway Haverstraw NY LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Broadway Equity Holding**<br>Creditor's Name<br>**c/o Robinson Brog et al.**<br>**875 3rd Ave**<br>**New York, NY 10022**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number** | Describe debtor's property that is subject to a lien<br>**Warehouse and office buildings at 152 Broadway, Haverstraw, NY**<br><br>Describe the lien<br>**Mortgage**<br>**Is the creditor an insider or related party?**<br>☐ No<br>☑ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$6,000,000.00** | **$11,000,000.00** |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. Sterling National Bank**<br>**2. SBA**<br>**3. Broadway Equity Holding** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☑ Unliquidated<br>☑ Disputed | | |
| **2.2** **SBA**<br>Creditor's Name<br>**2120 River Front Drive**<br>**Suite 100**<br>**Little Rock, AR 72201**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**9/17/2009**<br>Last 4 digits of account number<br>**5508** | Describe debtor's property that is subject to a lien<br>**Warehouse and office buildings at 152 Broadway, Haverstraw, NY**<br><br>Describe the lien<br>**Mortgage**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$2,493,000.00** | **$11,000,000.00** |

Debtor    **152 Broadway Haverstraw NY LLC**                                    Case number (if know) _____
_____
Name

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| **Specified on line 2.1** | ■ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Sterling National Bank** | Describe debtor's property that is subject to a lien | $3,027,858.00 | $11,000,000.00 |
|---|---|---|---|---|

Creditor's Name

**400 Rella Blvd**
**11th Floor**
**Suffern, NY 10901**

Creditor's mailing address

**Warehouse and office buildings at 152 Broadway, Haverstraw, NY**

**Describe the lien**
**Mortgage**
Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**0290**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| **Specified on line 2.1** | ☐ Unliquidated |
| | ☐ Disputed |

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $11,520,858.00 |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **152 Broadway Haverstraw NY LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**110 W 44th St**<br>**New York, NY 10036** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $4,838.00 | $1,560.00 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**New York State Dept Taxation**<br>**POB 5300**<br>**Albany, NY 12205** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $30,359.00 | $30,359.00 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **152 Broadway Haverstraw NY LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$41,767.00**

**Alan Feinsilber, CPA**
**11 Deerhill Ln**
**Scarsdale, NY 10583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$23,115.00**

**All Over Express**
**199 Lee Ave Ste 142,**
**Brooklyn, NY 11211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,660.00**

**Avrom R. Vann, PC**
**420 Lexington Ave Rm 2400**
**New York, NY 10170**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$58,000.00**

**Barry R. Feerst and Assoc**
**194 S 8Th St**
**Brooklyn, NY 11211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00**

**Be'er Yitzchak**
**c/o Sender Fleischmann**
**119 Rutledge St**
**Brooklyn, NY 11211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$35,239.00**

**Carlo Minuto Carting Company**
**20 Snake Hill Rd,**
**West Nyack, NY 10994**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$32,000.00**

**Cohen LaBarbera & Landrigen**
**40 Matthews St**
**Goshen, NY 10924**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **152 Broadway Haverstraw NY LLC**                                      Case number *(if known)* _____
_____
Name

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $170,000.00 |
|---|---|---|---|

**Corner Hardware**
**2266 Nostrand Ave**
**Brooklyn, NY 11210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500,000.00 |
|---|---|---|---|

**Del Forte USA**
**c/o Goetz Fitzpatrick**
**One Penn Plaza Suite 3100**
**New York, NY 10019**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,800.00 |
|---|---|---|---|

**Domestic Garage Doors**
**24 Washington Avenue**
**Spring Valley, NY 10977**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,500.00 |
|---|---|---|---|

**E-Z Payroll, Inc**
**20 Robert Pitt Dr**
**Monsey, NY 10952**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $450,000.00 |
|---|---|---|---|

**European Builders**
**119 Lorimer St**
**Brooklyn, NY 11206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,250.00 |
|---|---|---|---|

**Fabulous Paper**
**143 Route 59**
**Hillburn, NY 10931**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $358.00 |
|---|---|---|---|

**Fine Paper Merchants, Inc**
**170 CLINTON**
**Spring Valley, NY 10977**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **152 Broadway Haverstraw NY LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00**

**Five Star Packaging**
129 Penn St
Brooklyn, NY 11211

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,371.00**

**General Oil Equipment, Inc.**
c/o Michael Wild, PLLC
4476 Main St. Ste 120
Buffalo, NY 14226

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,371.00**

**General Oil Equipment, Inc.**
c/o Michael Wild, PLLC
4476 Main St. Ste 120
Buffalo, NY 14226

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,500.00**

**Go Green Logistics**
2 Ashlawn Ct
Spring Valley, NY 10977

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,600.00**

**Go Green Pest Control**
1245 S. Aldrich,
Andover, KS 67002-2000

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$161,950.00**

**Gottliebs Insurance**
66 Route 59 200
Monsey, NY 10952

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,828.00**

**J.S. Security:**
38 Ellish Pkwy
Spring Valley, NY 10977

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **152 Broadway Haverstraw NY LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$180,000.00** |
|---|---|---|---|
| | **Jacob Gross**<br>**6 Juliana Place**<br>**Brooklyn, NY 11249** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,370,097.00** |
|---|---|---|---|
| | **Jeno Gutman**<br>**479 Bedford Ave**<br>**Brooklyn, NY 11211** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$233,941.00** |
|---|---|---|---|
| | **Joint Regional Sewage Board**<br>**20 Ecology Rd**<br>**West Haverstraw, NY 10993** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$43,550.00** |
|---|---|---|---|
| | **Jonothan Steiff, CPA**<br>**6 Melnick Dr.**<br>**Monsey, NY 10952** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$142,974.00** |
|---|---|---|---|
| | **Kevin McBride**<br>**741 Honey Farm Rd**<br>**Lititz, PA 17543** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,765,500.00** |
|---|---|---|---|
| | **MFT**<br>**1667 Bedford Ave**<br>**Brooklyn, NY 11211** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,310.00** |
|---|---|---|---|
| | **Moshe Follman**<br>**c/o Leeds Brown Law P.C.**<br>**One Old Country Rd**<br>**Carle Place, NY 11514** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **152 Broadway Haverstraw NY LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$825.00** |
|---|---|---|---|
| | **Nissan Motor Acceptance Corp**<br>**1235 E Tremont Ave,**<br>**Bronx, NY 10460** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Oriska Insurance Company**<br>**c/o Burns Leighton**<br>**185 Genesse St Suite 1401**<br>**Utica, NY 13501** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,340.00** |
|---|---|---|---|
| | **Prime Packaging Corp.**<br>**1290 Metropolitan Ave**<br>**Brooklyn, NY 11237** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00** |
|---|---|---|---|
| | **Public Sewer Service**<br>**190 Main Avenue**<br>**Wallington, NJ 07057** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,450.00** |
|---|---|---|---|
| | **Rutledge Street Mini Market**<br>**18 Rutledge St**<br>**Brooklyn, NY 11211** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,098,000.00** |
|---|---|---|---|
| | **Ryvkie Goldberger**<br>**479 Bedford Ave**<br>**Brooklyn, NY 11219** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$771.00** |
|---|---|---|---|
| | **Telebroad**<br>**452 Broadway**<br>**Brooklyn, NY 11211** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor  **152 Broadway Haverstraw NY LLC**
     Name

Case number (*if known*)

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $55,300.00 |
|---|---|---|---|
| | **Thruway Consulting LLC**<br>**7 Patricia Ln,**<br>**Spring Valley, NY 10977** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,615,950.00 |
|---|---|---|---|
| | **Toby Weinberger**<br>**669 Bedford Ave**<br>**Brooklyn, NY 11211** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $51,274.00 |
|---|---|---|---|
| | **United Water aka Suez Water**<br>**461 From Road**<br>**Paramus, NJ 07652** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|
| | **Viiiage Of Haverstraw**<br>**40 New Main St,**<br>**Haverstraw, NY 10927** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,126.00 |
|---|---|---|---|
| | **Vocatech**<br>**5314 18th Avenue**<br>**Brooklyn, NY 11204** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,695.00 |
|---|---|---|---|
| | **White Wing Dist. Inc.**<br>**525 Midland Ave #2**<br>**Garfield, NJ 07026** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Joel Stuttman**<br>**44 South Broadway Ste 402**<br>**White Plains, NY 10601** | Line  **3.29**<br><br>☐ Not listed. Explain ____ | _ |

Debtor    **152 Broadway Haverstraw NY LLC**                    Case number (if known) _____
          Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 35,197.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 16,336,912.00 |
| | | | |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 16,372,109.00 |

**Fill in this information to identify the case:**

Debtor name    **152 Broadway Haverstraw NY LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**

■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
(Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1    State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.2    State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.3    State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.4    State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___**152 Broadway Haverstraw NY LLC**___

United States Bankruptcy Court for the: ___SOUTHERN DISTRICT OF NEW YORK___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Blue Beverage Group LLC** | | **Broadway Equity Holding** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.2 **Blue Beverage Group LLC** | | **SBA** | ■ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.3 **Blue Beverage Group LLC** | | **SBA** | ■ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.4 **Blue Beverage LLC** | | **All Over Express** | ☐ D _____<br>■ E/F ___3.2___<br>☐ G _____ |
| 2.5 **Blue Beverage LLC** | | **Avrom R. Vann, PC** | ☐ D _____<br>■ E/F ___3.3___<br>☐ G _____ |

| Debtor | **152 Broadway Haverstraw NY LLC** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** |
|---|---|

| 2.6 | Blue Beverage LLC | Barry R. Feerst and Assoc | ☐ D _____ ■ E/F __3.4__ ☐ G _____ |
| 2.7 | Blue Beverage LLC | Be'er Yitzchak | ☐ D _____ ■ E/F __3.5__ ☐ G _____ |
| 2.8 | Blue Beverage LLC | Carlo Minuto Carting Company | ☐ D _____ ■ E/F __3.6__ ☐ G _____ |
| 2.9 | Blue Beverage LLC | Cohen LaBarbera & Landrigen | ☐ D _____ ■ E/F __3.7__ ☐ G _____ |
| 2.10 | Blue Beverage LLC | Corner Hardware | ☐ D _____ ■ E/F __3.8__ ☐ G _____ |
| 2.11 | Blue Beverage LLC | Del Forte USA | ☐ D _____ ■ E/F __3.9__ ☐ G _____ |
| 2.12 | Blue Beverage LLC | Domestic Garage Doors | ☐ D _____ ■ E/F __3.10__ ☐ G _____ |
| 2.13 | Blue Beverage LLC | E-Z Payroll, Inc | ☐ D _____ ■ E/F __3.11__ ☐ G _____ |

| Debtor | **152 Broadway Haverstraw NY LLC** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | Column 2: **Creditor** | | |
|---|---|---|---|

| 2.14 | Blue Beverage LLC | European Builders | ☐ D _____<br>■ E/F __3.12__<br>☐ G _____ |
|---|---|---|---|
| 2.15 | Blue Beverage LLC | Fabulous Paper | ☐ D _____<br>■ E/F __3.13__<br>☐ G _____ |
| 2.16 | Blue Beverage LLC | Fine Paper Merchants, Inc | ☐ D _____<br>■ E/F __3.14__<br>☐ G _____ |
| 2.17 | Blue Beverage LLC | Five Star Packaging | ☐ D _____<br>■ E/F __3.15__<br>☐ G _____ |
| 2.18 | Blue Beverage LLC | Go Green Logistics | ☐ D _____<br>■ E/F __3.18__<br>☐ G _____ |
| 2.19 | Blue Beverage LLC | Go Green Pest Control | ☐ D _____<br>■ E/F __3.19__<br>☐ G _____ |
| 2.20 | Blue Beverage LLC | Gottliebs Insurance | ☐ D _____<br>■ E/F __3.20__<br>☐ G _____ |
| 2.21 | Blue Beverage LLC | Internal Revenue Service | ☐ D _____<br>■ E/F __2.1__<br>☐ G _____ |

| Debtor | **152 Broadway Haverstraw NY LLC** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|
| 2.22 **Blue Beverage LLC** | **J.S. Security:** | ☐ D _____<br>■ E/F __3.21__<br>☐ G _____ |
| 2.23 **Blue Beverage LLC** | **Jacob Gross** | ☐ D _____<br>■ E/F __3.22__<br>☐ G _____ |
| 2.24 **Blue Beverage LLC** | **Jeno Gutman** | ☐ D _____<br>■ E/F __3.23__<br>☐ G _____ |
| 2.25 **Blue Beverage LLC** | **Joint Regional Sewage Board** | ☐ D _____<br>■ E/F __3.24__<br>☐ G _____ |
| 2.26 **Blue Beverage LLC** | **Jonothan Steiff, CPA** | ☐ D _____<br>■ E/F __3.25__<br>☐ G _____ |
| 2.27 **Blue Beverage LLC** | **MFT** | ☐ D _____<br>■ E/F __3.27__<br>☐ G _____ |
| 2.28 **Blue Beverage LLC** | **New York State Dept Taxation** | ☐ D _____<br>■ E/F __2.2__<br>☐ G _____ |
| 2.29 **Blue Beverage LLC** | **Nissan Motor Acceptance Corp** | ☐ D _____<br>■ E/F __3.29__<br>☐ G _____ |

| Debtor | **152 Broadway Haverstraw NY LLC** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.30 | **Blue Beverage LLC** | **Prime Packaging Corp.** | ☐ D _____  ■ E/F __3.31__  ☐ G _____ |
| 2.31 | **Blue Beverage LLC** | **Public Sewer Service** | ☐ D _____  ■ E/F __3.32__  ☐ G _____ |
| 2.32 | **Blue Beverage LLC** | **Rutledge Street Mini Market** | ☐ D _____  ■ E/F __3.33__  ☐ G _____ |
| 2.33 | **Blue Beverage LLC** | **Ryvkie Goldberger** | ☐ D _____  ■ E/F __3.34__  ☐ G _____ |
| 2.34 | **Blue Beverage LLC** | **Telebroad** | ☐ D _____  ■ E/F __3.35__  ☐ G _____ |
| 2.35 | **Blue Beverage LLC** | **Thruway Consulting LLC** | ☐ D _____  ■ E/F __3.36__  ☐ G _____ |
| 2.36 | **Blue Beverage LLC** | **Toby Weinberger** | ☐ D _____  ■ E/F __3.37__  ☐ G _____ |
| 2.37 | **Blue Beverage LLC** | **United Water aka Suez Water** | ☐ D _____  ■ E/F __3.38__  ☐ G _____ |

| Debtor | **152 Broadway Haverstraw NY LLC** | Case number *(if known)* | |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.38 | **Blue Beverage LLC** | **Vliiage Of Haverstraw** | ☐ D _____<br>■ E/F   **3.39**<br>☐ G _____ |
| 2.39 | **Blue Beverage LLC** | **Vocatech** | ☐ D _____<br>■ E/F   **3.40**<br>☐ G _____ |
| 2.40 | **Blue Beverage LLC** | **White Wing Dist. Inc.** | ☐ D _____<br>■ E/F   **3.41**<br>☐ G _____ |
| 2.41 | **Joseph and Ryvkie Goldberger** | **SBA** | ■ D   **2.2**<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name   **152 Broadway Haverstraw NY LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:   Income**

1. **Gross revenue from business**

   ■ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   | --- | --- | --- |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   | --- | --- | --- |

**Part 2:   List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   | --- | --- | --- | --- |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

   | Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   | --- | --- | --- | --- |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **152 Broadway Haverstraw NY LLC**                    Case number *(if known)* _____

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title / Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Sterling National Bank v Debtor** <br> **0035353/2017** | **Foreclosure** | **Rockland Supreme Court** | ■ Pending <br> ☐ On appeal <br> ☐ Concluded |
| 7.2. | **Broadway Equity Holding V Debtor** <br> **Adv. Proc. 17-8215** | **Foreclosure** | **United States Bankruptcy Court** <br> **300 Quarropas St** <br> **White Plains, NY 10601** | ■ Pending <br> ☐ On appeal <br> ☐ Concluded |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss <br><br> If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. <br><br> List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Debtor | 152 Broadway Haverstraw NY LLC | Case number (if known) | |
|--------|--------------------------------|------------------------|--|

---

| Part 6: | Certain Payments or Transfers |
|---------|-------------------------------|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|--|-----------------------------------------------------|-------------------------------------------------|-------|-----------------------|
| 11.1. | | | 1/29/19 $12,500 3/1/19 $75,000 Payment for both Blue Beverage Group LLC and 152 Broadway Haverstraw NY LLC | |
| | Backenroth Frankel & Krinsky 800 Third Avenue 11th Floor New York, NY 10022 | | | $87,500.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

---

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|-------------------------|-----------------------------------|---------------------------|-----------------------|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|--------------------------------|-----------------------------------------------------------------------------------|------------------------|-----------------------|

| Part 7: | Previous Locations |
|---------|--------------------|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---------|----------------------------|

| Part 8: | Health Care Bankruptcies |
|---------|--------------------------|

**15. Health Care bankruptcies**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **152 Broadway Haverstraw NY LLC**                                     Case number *(if known)* _____

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

Debtor    **152 Broadway Haverstraw NY LLC**                                    Case number *(if known)* _____

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12:    Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

## Part 13:    Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| | |

Debtor      **152 Broadway Haverstraw NY LLC**                                    Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26a.1.      **Jonathan Steiff**<br>**6 Melnick Dr.**<br>**Monsey, NY 10952** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.      **Debtor**<br>**152 Broadway**<br>**Haverstraw, NY 10927** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Joseph Goldberger | 479 Bedford Ave<br>Brooklyn, NY 11249 | Member of Blue Beverage Group, LLC, Debtor's Sole member | |
| **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
| Joseph Mencer | 669 Bedford Ave<br>Brooklyn, NY 11211 | Member of Blue Beverage Group, LLC, Debtor's Sole member | |
| **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
| Blue Beverage Group, LLC | | Debtor's Sole Member | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

Official Form 207                    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    page 6

Debtor    **152 Broadway Haverstraw NY LLC**                                    Case number *(if known)* _____

---

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ☑ No
- ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ☐ No
- ☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Blue Beverage Group LLC** | EIN:    **26-2323537** |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ☑ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

---

**Part 14:**  **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 19, 2019**

**/s/ Blue Beverage Group Inc, by Joseph Goldberger**                    **Blue Beverage Group Inc, by Joseph Goldberger**
Signature of individual signing on behalf of the debtor              Printed name

Position or relationship to debtor    **Debtor's Sole Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Southern District of New York

In re    **152 Broadway Haverstraw NY LLC** _____    Case No. _____
                                          Debtor(s)                   Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept _____    $    **13,602.00**

    Prior to the filing of this statement I have received _____    $    **0.00**

    Balance Due _____    $    **13,602.00**

2.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Fee is a retainer only.  The Debtor is responsible for additional fees after retainer has been exhausted.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**April 19, 2019** _____        **/s/ Mark Frankel** _____
_Date_                                               **Mark Frankel**
                                                     _Signature of Attorney_
                                                     **Backenroth Frankel & Krinsky, LLP**
                                                     **800 Thrid Avenue**
                                                     **New York, NY 10022**
                                                     **(212) 593-1100   Fax: (212) 644-0544**
                                                     _Name of law firm_

---

# United States Bankruptcy Court
## Southern District of New York

In re   __152 Broadway Haverstraw NY LLC__                               Case No.  _____

                                     Debtor(s)               Chapter  __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Blue Beverage Group, LLC** | | | **Sole Member** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the **Debtor's Sole Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  __April 19, 2019__                            Signature  **/s/ Blue Beverage Group Inc, by Joseph Goldberger**

                                                              **Blue Beverage Group Inc, by Joseph Goldberger**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of New York

In re    **152 Broadway Haverstraw NY LLC** _____    Case No. _____

                                  Debtor(s)    Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Debtor's Sole Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **April 19, 2019** _____      **/s/ Blue Beverage Group Inc, by Joseph Goldberger** _____

                                         **Blue Beverage Group Inc, by Joseph Goldberger**/Debtor's Sole
**Member**
Signer/Title

Internal Revenue Service
c/o US Attorney Claims Unit
One Saint Andrews Plaza Rm 417
New York, NY 10007


Office of The United States Trustee
U.S. Federal Office Building
201 Varick Street
Suite 1006
New York, NY 10014


United States of America
c/o U.S. Attorney
86 Chambers Street
New York, NY 10007


NYS Dept of Tax & Finance
Bankruptcy Unit
PO Box 5300
Albany, NY 12205


State of New York
Attorney General's Office
120 Broadway
New York, NY 10271


City of New York
NYC Law Department
100 Church St
New York, NY 10007


NYC Department of Finance
66 John Street
New York, NY 10038


Backenroth Frankel & Krinsky
800 Third Avenue
11th Floor
New York, NY 10022


Alan Feinsilber, CPA
11 Deerhill Ln
Scarsdale, NY 10583

All Over Express
199 Lee Ave Ste 142,
Brooklyn, NY 11211

Avrom R. Vann, PC
420 Lexington Ave Rm 2400
New York, NY 10170

Barry R. Feerst and Assoc
194 S 8Th St
Brooklyn, NY 11211

Be'er Yitzchak
c/o Sender Fleischmann
119 Rutledge St
Brooklyn, NY 11211

Blue Beverage Group LLC

Broadway Equity Holding
c/o Robinson Brog et al.
875 3rd Ave
New York, NY 10022

Carlo Minuto Carting Company
20 Snake Hill Rd,
West Nyack, NY 10994

Cohen LaBarbera & Landrigen
40 Matthews St
Goshen, NY 10924

Corner Hardware
2266 Nostrand Ave
Brooklyn, NY 11210

Del Forte USA
c/o Goetz Fitzpatrick
One Penn Plaza Suite 3100
New York, NY 10019

Domestic Garage Doors
 24 Washington Avenue
Spring Valley, NY 10977

E-Z Payroll, Inc
20 Robert Pitt Dr
Monsey, NY 10952


European Builders
119 Lorimer St
Brooklyn, NY 11206


Fabulous Paper
143 Route 59
Hillburn, NY 10931


Fine Paper Merchants, Inc
170 CLINTON
Spring Valley, NY 10977


Five Star Packaging
129 Penn St
Brooklyn, NY 11211


General Oil Equipment, Inc.
c/o Michael Wild, PLLC
4476 Main St. Ste 120
Buffalo, NY 14226


Go Green Logistics
2 Ashlawn Ct
Spring Valley, NY 10977


Go Green Pest Control
1245 S. Aldrich,
Andover, KS 67002-2000


Gottliebs Insurance
66 Route 59 200
Monsey, NY 10952


Internal Revenue Service
110 W 44th St
New York, NY 10036


J.S. Security:
38 Ellish Pkwy
Spring Valley, NY 10977

Jacob Gross
6 Juliana Place
Brooklyn, NY 11249


Jeno Gutman
479 Bedford Ave
Brooklyn, NY 11211


Joel Stuttman
44 South Broadway Ste 402
White Plains, NY 10601


Joint Regional Sewage Board
20 Ecology Rd
West Haverstraw, NY 10993


Jonothan Steiff, CPA
6 Melnick Dr.
Monsey, NY 10952


Joseph and Ryvkie Goldberger


Kevin McBride
741 Honey Farm Rd
Lititz, PA 17543


MFT
1667 Bedford Ave
Brooklyn, NY 11211


Moshe Follman
c/o Leeds Brown Law P.C.
One Old Country Rd
Carle Place, NY 11514


New York State Dept Taxation
POB 5300
Albany, NY 12205


Nissan Motor Acceptance Corp
1235 E Tremont Ave,
Bronx, NY 10460

Oriska Insurance Company
c/o Burns Leighton
185 Genesse St Suite 1401
Utica, NY 13501

Prime Packaging Corp.
1290 Metropolitan Ave
Brooklyn, NY 11237

Publlc Sewer Service
190 Main Avenue
Wallington, NJ 07057

Rutledge Street Mini Market
18 Rutledge St
Brooklyn, NY 11211

Ryvkie Goldberger
479 Bedford Ave
Brooklyn, NY 11219

SBA
2120 River Front Drive
Suite 100
Little Rock, AR 72201

Sterling National Bank
400 Rella Blvd
11th Floor
Suffern, NY 10901

Telebroad
452 Broadway
Brooklyn, NY 11211

Thruway Consulting LLC
7 Patricia Ln,
Spring Valley, NY 10977

Toby Weinberger
669 Bedford Ave
Brooklyn, NY 11211

United Water aka Suez Water
461 From Road
Paramus, NJ 07652


VIiiage Of Haverstraw
40 New Main St,
Haverstraw, NY 10927


Vocatech
5314 18th Avenue
Brooklyn, NY 11204


White Wing Dist. Inc.
525 Midland Ave #2
Garfield, NJ 07026

# United States Bankruptcy Court
## Southern District of New York

In re __152 Broadway Haverstraw NY LLC__

Debtor(s)

Case No. _____

Chapter __11__

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __152 Broadway Haverstraw NY LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__April 19, 2019__

Date

__/s/ Mark Frankel__

__Mark Frankel__
Signature of Attorney or Litigant
Counsel for   __152 Broadway Haverstraw NY LLC__
__Backenroth Frankel & Krinsky, LLP__
__800 Thrid Avenue__
__New York, NY 10022__
__(212) 593-1100 Fax:(212) 644-0544__